1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                    EASTERN DISTRICT OF CALIFORNIA
10

11 | TORREAN TYUS,                      ) Case No:
12 |                                    )
   |          Plaintiff,                ) **2:13−CV−02525−LKK−KJN**
13 |                                    )
   |    vs.                             ) **STIPULATION AND ORDER RE**
14 |                                    ) **PERMANENT INJUNCTION**
   |                                    ) **AGAINST DEFENDANT**
15 | MILESTONZ JEWELERS LLC,             ) **MILESTONZ JEWELERS, LLC**
   | and DOES 1 through 10, inclusive,  )
16 |                                    )
   |          Defendants.               )
17 |                                    )
   |                                    )
18 |          Defendants.               )
   |                                    )
19 |                                    )
   |                                    )
20 |                                    )

21
22
23
24
25
26
27
28

WHEREAS, the parties have settled this matter, and as part of their settlement agreement, wish to have the Court enter the permanent injunction set forth below;

NOW THEREFORE, the parties hereby stipulate to the following injunction:

This Court hereby enjoins Milestonz Jewelers LLC, and its officers, directors, employees, and agents from any of the following conduct:

1. Obtaining any waiver or purported waiver from any person of that person's existing or future claims under the Rosenthal Fair Debt Collection Practices Act, Civil Code § 1788 et seq.; or

2. Representing to any person they have waived their existing or future claims under the Rosenthal Fair Debt Collection Practices Act; or

3. Contacting persons other than the debtor in the collection of a debt or alleged debt, except in the narrow circumstances permitted by 15 USC 1692b.

SO STIPULATED.

Dated:  March 20, 2014               TRUEBLOOD LAW FIRM

                                     By:   _____
                                           Alexander Trueblood

                                     Attorneys for Plaintiff
                                     TORREAN TYUS

Dated: March 20, 2014                ISOLA LAW GROUP, LLP

                                     By:   _____
                                           Reginald Schubert

                                     Attorneys for Defendant
                                     MILESTONZ JEWELERS, LLC

SO ORDERED.

Dated:  March 31, 2014.
_____

                                    _____
                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT