1
2
3
4
5
6
7
8                    UNITED STATES DISTRICT COURT
9                   EASTERN DISTRICT OF CALIFORNIA
10
11  TORREAN TYUS,                    )  Case No:
                                     )
12                                   )  **2:13−CV−02525−LKK−KJN**
               Plaintiff,            )
13                                   )
       vs.                           )  **JOINT REQUEST FOR DISMISSAL**
14                                   )  **AND ORDER**
                                     )
15  MILESTONZ JEWELERS LLC,          )
    and DOES 1 through 10, inclusive,)
16                                   )
               Defendants.           )
17                                   )
                                     )
18             Defendants.           )
                                     )
19                                   )
                                     )
20                                   )
21
22
23
24
25
26
27
28

1  WHEREAS, the parties have settled this matter, and therefore stipulate that
2  the entire action shall be dismissed, with prejudice, with the Court retaining
3  jurisdiction to enforce the injunction previously entered.
4
5  SO STIPULATED.
6  Dated:  May 9, 2014                    TRUEBLOOD LAW FIRM
7
                                          By:   ____/s/_____
8                                                Alexander Trueblood
9                                         Attorneys for Plaintiff
                                          TORREAN TYUS
10
11 Dated: May 9, 2014                     ISOLA LAW GROUP, LLP
12
                                          By:   ____/s/_____
13                                               Reginald Schubert
14                                        Attorneys for Defendant
                                          MILESTONZ JEWELERS, LLC
15
16 SO ORDERED.
17
   Dated:  May 20, 2014.
18
19
20
21                         _____
                           LAWRENCE K. KARLTON
22                         SENIOR JUDGE
                           UNITED STATES DISTRICT COURT
23
24
25
26
27
28

1